**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**JERRY L. MCBRIDE,** **PLAINTIFF**

**V.** **NO. 2:07CV176-P-B**

**COAHOMA COUNTY, et al.,** **DEFENDANTS**

## ORDER

In accordance with the opinion issued this day,

1. Plaintiff's claim for denial of medical treatment arising out of a slip and fall is DISMISSED with prejudice; and

2. Plaintiff's claim for denial of dental care shall proceed.

**IT IS SO ORDERED.**

THIS the 16th day of November, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE