# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

JERRY L. MCBRIDE,                                    PLAINTIFF

V.                                                  NO. 2:07CV176-P-B

COAHOMA COUNTY, et al.,                             DEFENDANTS

## ORDER DENYING MOTION

Plaintiff filed this 42 U.S.C. § 1983 action on October 1, 2007. On November 16, 2007, the court *sua sponte* dismissed Plaintiff's claim related to denial of medical treatment for failure state a claim. Plaintiff has now filed a motion for reconsideration. Since the motion was filed within ten days of the order dismissing his claim, the court will treat it as a motion for amendment of judgment pursuant to Federal Civil Procedure Rule 59.

In the instant motion and similar to his complaint, Plaintiff does nothing more than disagree with the method of treatment he was provided after his slip and fall. Such a grievance is plainly insufficient to state a claim for relief. Additionally, Plaintiff's motion also calls attention to a chronological error in the court's opinion related to the date upon which he first sought treatment for a broken tooth. The Plaintiff clarifies that he first sought and was denied dental treatment on August 8, 2007 not in 2004 as the court's opinion reflects. The error and correction has been noted.

THEREFORE, it is hereby ORDERED that Plaintiff's motion for reconsideration (docket entry12) is DENIED.

SO ORDERED, this the 27th day of November, 2007.

                                                                      /s/ W. Allen Pepper, Jr.
                                                                      W. ALLEN PEPPER, JR.
                                                                      UNITED STATES DISTRICT JUDGE